# United States District Court
# For The Western District of North Carolina
# Statesville Division

DANIEL W. SALMONS,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                             CASE NO. 5:10CV195

MICHAEL J. ASTRUE,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 23, 2012, Order.

                                       Signed: May 23, 2012

                                       */s/ Frank G. Johns*

                                       Frank G. Johns, Clerk
                                       United States District Court