# United States District Court
## For The Western District of North Carolina
## Statesville Division

DANIEL W. SALMONS,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                   CASE NO. 5:10CV195

MICHAEL J. ASTRUE,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 23, 2012, Order.

                                     Signed: May 23, 2012

                                     Frank G. Johns, Clerk
                                     United States District Court